**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marcus Leland FREEMAN, also
known as Big Mark, Defen-
dant–Appellant.**

No. 04–10864.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Steven Jay Rozan, Kuniansky & Rozan, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Marcus Leland Freeman, federal prisoner # 29129–077, appeals from the district court's denial of his motion for relief from his conviction and sentence, purportedly pursuant to Fed.R.Crim.P. 52(b). Freeman's appeal is "from the denial of a meaningless, unauthorized motion." *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994). Freeman's appeal is frivolous and is dismissed. *See* 5th Cir. R. 42.2. Freeman, who is represented by counsel, is hereby warned that any further repetitious or frivolous attempts to circumvent statutory restrictions on filing second or successive 28 U.S.C. § 2255 motions to vacate, whether pursued by him pro se or

with the assistance of any other person (including any attorney) acting on his behalf, may result in the imposition of sanctions against him. These sanctions may include dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.